People of the State of Illinois, Plaintiff-Appellee, v. William Hickock, Defendant-Appellant.

Gen. No. 50,012. 

First District, Second Division.
September 28, 1965.
Rehearing denied October 14, 1965.

Melvin B. Lewis, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Albert J. Armonda, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.